DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MIGUEL ANGEL GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>               )<br>            Plaintiff,  )<br>               )<br>      v.  )<br>               )<br>MIGUEL ANGEL GARCIA,  )<br>               )<br>            Defendant.  )<br>               )<br>_____ ) | NO. 1:09-cr-0176 LJO<br><br>STIPULATION TO CONTINUE STATUS<br>CONFERENCE; ORDER<br><br>Date: March 4, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for February 12, 2010, **may be continued to Thursday, March 4, 2010, at 9:00 A.M.**

This reason for the continuance is because counsel has not been able to review the images due to changes in personnel. There are particular questions relating to the plea agreement which require review.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), and (iv).

                                                      LAWRENCE BROWN
                                                      United States Attorney

DATED: February 10, 2010        By:   /s/ *Brian Enos*
                                                                 BRIAN ENOS
                                                                 Assistant United States Attorney
                                                                 Attorney for Plaintiff

                                                      DANIEL J. BRODERICK
                                                     Federal Defender

DATED: February 10, 2010        By:   /s/ *Ann H. Voris*
                                                                 ANN H. VORIS
                                                                 Assistant Federal Defender
                                                                 Attorney for Defendant
                                                                 Miguel Angel Garcia

## **O R D E R**

**Good cause has been stated and established.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), and (iv).

IT IS SO ORDERED.

**Dated:   February 10, 2010**                **/s/ Lawrence J. O'Neill**
                                                               UNITED STATES DISTRICT JUDGE