```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SHEILA K. OBERTO
    BRIAN W. ENOS
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8                UNITED STATES DISTRICT
 9             EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   1:09-CR-00176-LJO
                                 )
12          Plaintiff,           )   PRELIMINARY ORDER OF
                                 )   FORFEITURE
13      v.                       )
                                 )
14  MIGUEL ANGEL GARCIA,         )
                                 )
15          Defendant.           )
    _____)
16
```

17    Based upon the plea agreement entered into between plaintiff
18 United States of America and defendant Miguel Angel Garcia it is
19 hereby

20    ORDERED, ADJUDGED AND DECREED as follows:

21    1.   Pursuant to 18 U.S.C. § 2253, defendant Miguel Angel
22 Garcia's interest in the following property shall be condemned and
23 forfeited to the United States of America, to be disposed of
24 according to law:

25         a)   Imac Desktop Computer, Model: A1208,
                Serial No. W8709874VUX.
26

27    2.   The above-listed property constitutes property containing
28 visual depictions that had been mailed, shipped, or transported in

PRELIMINARY ORDER OF FORFEITURE        1

1  interstate or foreign commerce, or which contained materials that
2  had been so mailed, shipped, or transported, and the producing of
3  the depiction involved a minor engaging in sexually explicit
4  conduct and was of such conduct in violation of 18 U.S.C. §
5  2252(a)(2), all in violation of 18 U.S.C. § 2253.

6    3.   Pursuant to Rule 32.2(b), the Attorney General (or a
7  designee) shall be authorized to seize the above-listed property.
8  The aforementioned property shall be seized and held by the United
9  States, in its secure custody and control.

10   4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21
11 U.S.C. § 853(n), and Local Rule 171, the United States shall
12 publish notice of the order of forfeiture.  Notice of this Order
13 and notice of the Attorney General's (or a designee's) intent to
14 dispose of the property in such manner as the Attorney General may
15 direct shall be posted for at least 30 consecutive days on the
16 official internet government forfeiture site www.forfeiture.gov.
17 The United States may also, to the extent practicable, provide
18 direct written notice to any person known to have alleged an
19 interest in the property that is the subject of the order of
20 forfeiture as a substitute for published notice as to those persons
21 so notified.

22        b.   This notice shall state that any person, other than
23 the defendant, asserting a legal interest in the above-listed
24 property, must file a petition with the Court within sixty (60)
25 days from the first day of publication of the Notice of Forfeiture
26 posted on the official government forfeiture site, or within thirty
27 (30) days from receipt of direct written notice, whichever is
28 earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   March 10, 2010**                          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE