```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BRIAN W. ENOS
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8                    UNITED STATES DISTRICT
 9                 EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   1:09-CR-00176-LJO
                                  )
12          Plaintiff,            )   FINAL ORDER OF FORFEITURE
                                  )
13      v.                        )
                                  )
14  MIGUEL ANGEL GARCIA,          )
                                  )
15          Defendant.            )
    _____)
16
```

WHEREAS, on or about March 10, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Miguel Angel Garcia forfeiting to the United States the following property:

        a)   Imac Desktop Computer, Model: A1208,
Serial No. W8709874VUX.

AND WHEREAS, beginning on March 12, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days

1 from the first day of publication of the notice for a hearing to
2 adjudicate the validity of their alleged legal interest in the
3 forfeited property;
4     AND WHEREAS, the Court has been advised that no third party
5 has filed a claim to the subject property and the time for any
6 person or entity to file a claim has expired.
7     Accordingly, it is hereby ORDERED and ADJUDGED:
8     1.   A Final Order of Forfeiture shall be entered forfeiting
9 to the United States of America all right, title, and interest in
10 the above-listed property pursuant to 18 U.S.C. § 2253, to be
11 disposed of according to law, including all right, title, and
12 interest of Miguel Angel Garcia.
13     2.   All right, title, and interest in the above-listed
14 property shall vest solely in the name of the United States of
15 America.
16     3.   The United States Marshals Service shall maintain custody
17 of and control over the subject property until it is disposed of
18 according to law.

IT IS SO ORDERED.

**Dated:   May 25, 2010**            /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE